IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM ANDERSON, Administrator of the ESTATE OF JOEL VELAZQUEZ-REYES, Deceased, et al, <br><br> Plaintiff, <br><br> v. <br><br> ORLANDA HARPER et al., <br><br> Defendants. | Civil Action No. 19 cv 612 MPK <br><br> Judge Maureen P. Kelly <br><br> Re: ECF No. 60 |

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

/s/ Steven M. Barth, Esquire
Steven M. Barth, Esquire
Counsel for Plaintiff

/s/ John A. Bacharach, Esquire
John A. Bacharach, Esquire
Counsel for Defendants

SO ORDERED,

Maureen P. Kelly
U.S.M.J.
Dated: 2/18/21